UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

**DAVID JON GARBACZ,**  Case No. 14-44341 pjs
`  Chapter 7
    Debtor(s).  Hon. Phillip J. Shefferly
_____/

### STIPULATION RE: DEBTOR'S EXEMPTION CLAIMS

Trustee Timothy J. Miller and Debtor by their respective counsel hereby stipulate to entry of the Order Re: Debtor's Exemption Claims submitted herewith.

SCHNEIDER MILLER, P.C.  BABUT LAW OFFICES, PLLC

/s/ Kenneth M. Schneider  /s/ William C. Babut
By: Kenneth M. Schneider (P-31963)  By: William C. Babut (P-41099)
Attorney for Trustee  Attorney for Debtor
645 Griswold, Suite 3900  700 Towner Street
Detroit, MI 48226  Ypsilanti, MI 48198
(313) 237-0850  (734) 485-7400
kschneider@schneidermiller.com  wbabut@babutlaw.com

Date:  June 13, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                   In Bankruptcy

**DAVID JON GARBACZ,**                   Case No. 14-44341 pjs
`                                                                 Chapter 7
        Debtor(s).                         Hon. Phillip J. Shefferly
_____/

## ORDER RE: DEBTOR'S EXEMPTION CLAIMS

The Trustee's objections to Debtor's Exemption Claims filed May 14, 2014 are moot due to the amendment of Schedule C by the Debtor filed May 27, 2014 (Docket #20). Any objections to the May 27, 2014 exemptions must be filed not later than June 27, 2014.

The Trustee's rights to seek avoidance of the transfer of the real property commonly known as 960 N. River Street, Ypsilanti, MI (by quit claim deed recorded February 26, 2013) are reserved.

Further amendments to Debtor's exemption claims are barred.

The hearing scheduled for June 27, 2014 is canceled.